PEARL MUTHIG, Appellant, v. CHARLES MUTHIG, Respondent.— Plaintiff has appealed from an order of Sullivan County Court which denied her motion for summary judgment. Plaintiff had brought action upon a separation agreement. Defendant's amended answer, apart from denials, in four separate defenses and a counterclaim, alleges, among other matters, payment as well as fraud in the procuring of the agreement in suit by representations known to her to be false and untrue and made with intent to deceive defendant. The issues were tried at a Trial Term of the County Court and a verdict rendered by the jury in favor of the defendant. The verdict was set aside and a mistrial declared. The record discloses a triable issue of fact. Order unanimously affirmed, with $10 costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

WAYNE C. LINMAN, Respondent, v. RALPH LYNCH, JR., Appellant.— Appeal from an order of the Supreme Court, Essex County Special Term, which denied defendant's motion to change the place of trial from Essex County to Washington County. The action is one of negligence and the accident out of which it arose happened in Washington County. Both parties are nonresidents of the State. Apparently the order appealed from was made on the theory that plaintiff might be prejudiced if the place of trial was changed to Washington County because of another action pending there against the defendant. This appears to us to be wholly speculative and not sufficient to justify the order. The action is a transitory one and apparently the convenience of such witnesses as there are in this State will be better served in Washington County. Order reversed, on the law and facts, with $10 costs, and the motion granted, without costs. Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ., concur.

## FOURTH DEPARTMENT, SEPTEMBER, 1953.
## (September 23, 1953.)

LILLIAN R. DECKER, Appellant, v. WALTER F. DECKER, Respondent.— Order insofar as it denies plaintiff's motion for temporary alimony affirmed; order insofar as it denies plaintiff's motion for counsel fees reversed as a matter of discretion and motion granted allowing counsel fees in the sum of $300, $150 payable within ten days and $150 payable at the opening of the trial, without costs of this appeal to either party. All concur. (Appeal from an order denying plaintiff's motion for temporary alimony and counsel fees in an action for a separation.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

MABEL P. HUNT, as Administratrix of the Estate of ROBERT HUNT, Deceased, Appellant, v. FOSTER WHEELER CORPORATION, Respondent, et al., Defendants.— Order affirmed, without costs of this appeal to any party, upon the ground that upon the record before us it appears that it had been determined that the deceased at the time of his injury and death was an employee of both defendants. All concur. (Appeal from an order granting a motion by defendant Foster Wheeler Corporation for a stay until the decision of the Workmen's Compensation Board has become final and until appeals have been finally determined.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.